MEMORANDUM OPINION




No. 04-07-00030-CR



Jennifer WITTEN,


Appellant


 

v.



The STATE of Texas,


Appellee



From the 227th Judicial District Court, Bexar County, Texas


Trial Court No. 2005-CR-8221


Honorable Philip A. Kazen, Jr., Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: March 14, 2007


MOTION TO DISMISS GRANTED; DISMISSED

 Appellant filed a motion to dismiss her appeal and for expedited issuance of the mandate.
The motion is granted, and this appeal is dismissed. See Tex. R. App. P. 42.2(a). We order the clerk
of this court to immediately issue the mandate. See Tex. R. App. P. 18.1(c).

 PER CURIAM

Do not publish